# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| DCX-CHOL Enterprises, Inc. | )    ASBCA No. 61053 |
| | ) |
| Under Contract No. SPE4A6-13-D-5632 | ) |

APPEARANCE FOR THE APPELLANT:        Mr. Brian Gamberg
                                     Executive Vice President

APPEARANCES FOR THE GOVERNMENT:      Daniel K. Poling, Esq.
                                       DLA Chief Trial Attorney
                                     Edward Murray, Esq.
                                     Elan Taylor, Esq.
                                       Trial Attorneys
                                       DLA Aviation
                                       Richmond, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated:  4 May 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61053, Appeal of DCX-CHOL Enterprises, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals